IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE PENA, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | NO. 5:25-cv-00139 |
| § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC § | |
| § | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

### NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that he has reached a settlement with Defendant Portfolio Recovery Associates, LLC. Plaintiff moves that all deadlines be stayed and that he be given forty-five days to submit a notice of dismissal as to the Defendant.

          Respectfully submitted,

/s/ James A. Foley
James A. Foley SBN 24055491
James Foley PLLC
4116 West Vickery Blvd., #103
Fort Worth, Texas 76107
(817) 738-1633
Fax (866) 512-5807
ATTORNEY FOR PLAINTIFF
JOSE PENA