United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSE PENA § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-139 |
| § | |
| PORTFOLIO RECOVERY § | |
| ASSOCIATES, LLC § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is Plaintiff's Notice of Settlement. (Dkt. No. 6). In the notice, Plaintiff notifies the Court that he has reached a settlement with Defendant. (*Id.* at 6).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** Plaintiff to file closing documents that are in compliance with Fed. R. Civ. P. 41 (e.g., a notice of dismissal before Defendant serves an answer or a motion for summary judgment, a stipulated dismissal signed by counsel for all parties, or an agreed Rule 41(a)(2) motion to dismiss) by **November 13, 2025**. In the event Plaintiff is not able to finalize the closing documents within that time, he must file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

(signature on next page)

It is so **ORDERED**.

**SIGNED** this 29th day of September, 2025.

_____
Christopher dos Santos
United States Magistrate Judge