Case 5:25-cv-00139   Document 9   Filed on 12/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSE PENA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 5:25-CV-139 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § § | |

# ORDER

On September 26, 2025, Plaintiff filed a Notice of Settlement, notifying the Court he reached a settlement with Defendant and requesting forty-five (45) days to file a notice of dismissal. (Dkt. No. 6 at 1). Accordingly, the Court ordered Plaintiff to file closing documents that are in compliance with Federal Rule of Civil Procedure 41 by November 13, 2025. (Dkt. No. 7 at 1). As part of that order, the Court advised Plaintiff that he must file a motion to extend the deadline if he was unable to finalize the closing documents by the deadline. (*Id.*). However, Plaintiff failed to file closing documents or move to extend the deadline by November 13, 2025.

Consequently, the Court issued a second order, ordering Plaintiff to file a motion for leave to extend the deadline to file closing documents by November 21, 2025. (Dkt. No. 8 at 1). The Court advised Plaintiff that failure to comply with the Court's order may result in sanctions. (*Id.*). As of the date of this order, Plaintiff has still not filed closing documents or a motion to extend the deadline to file closing documents.

The Court may, on its own motion, issue any just orders if a party fails to obey a pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C); *see also Sabre Grp., Inc. v. Eur. Am.*

1

*Travel, Inc.*, 192 F.3d 126, 126 (5th Cir. 1999) (per curiam). The Court may hold a party in civil contempt where there is "clear and convincing evidence that (1) a court order was in effect, (2) the order required specified conduct by the respondent, and (3) the respondent failed to comply with the court's order." *United States v. City of Jackson*, 359 F.3d 727, 731 (5th Cir. 2004). Likewise, the Court may award sanctions against a party who fails to comply with a court order. *See Sabre Grp.*, 192 F.3d at 126.

Thus, the Undersigned hereby **ORDERS** Plaintiff to show cause as to why he should not be sanctioned for failing to comply with this Court's order. Plaintiff shall file a response to this order **no later than December 10, 2025, at 5:00 p.m.** In addition to responding to this order to show cause, Plaintiff is **ORDERED** to file a motion to extend the deadline to file closing documents **no later than December 10, 2025, at 5:00 p.m.**

IT IS SO **ORDERED**.

**SIGNED** on the 3rd day of December, 2025.

Christopher dos Santos
United States Magistrate Judge